# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138264

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLIFTON DANIEL CROSS,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138264
COA: 280652
Genesee CC: 06-018658-FH

_____/

On order of the Court, the application for leave to appeal the December 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009 _____

_____
Clerk

l0615